**Order filed, July 10, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00388-CV

_____

**DUSTIN BROWN, NATALIE BROWN, INDIVIDUALLY, NATALIE BROWN, AS MOTHER OF ADLEY BROWN AND NATALIE BROWN, AS MOTHER OF ILY BROWN, Appellants**

**V.**

**TARBERT, LLC, DBA WAYPOINT HOMES, STARWOOD WAYPOINT TRS, LLC, BRANDON ROBERTS AND CHASE FERRELL, Appellees**

**On Appeal from the 157th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-81429**

## ORDER

The reporter's record in this case was due **June 11, 2018**. _See_ Tex. R. App. P. 35.1. On June 13, 2018, this court ordered the court reporter to file the record within 15 days. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Sheri Ullrich**, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.  No further extension will be entertained absent exceptional circumstances.   The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed.  *See* Tex. R. App. P. 35.3(c).  If **Sheri Ullrich** does not timely file the record as ordered, we may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM